# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-0883
_____

JUAN PARRA,

    Appellant,

v.

CEMEX CONSTRUCTION
MATERIALS FLORIDA, LLC, and
GALLAGHER BASSETT SERVICES,

    Appellees.

_____

On appeal from an order of the Judge of Compensation Claims.
Jack A. Weiss, Judge.

Date of Accident: May 31, 2016.

October 16, 2018

PER CURIAM.

    AFFIRMED.

B.L. THOMAS, C.J., and ROBERTS and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

L. Gray Sanders and Kristen H. Emerson of Barbas, Nuñez, Sanders, Butler & Hovsepian, P.A., Tampa, for Appellant.

William H. Rogner and Scott B. Miller of Hurley, Rogner, Miller, Cox & Waranch, P.A., Winter Park, for Appellees.